

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2021

No. 04-21-00142-CR

**IN RE GABRIEL R. GARCIA,**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007CRS000739D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Relator has filed a petition seeking a writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). However, the petition fails to comply with various provisions of the Texas Rules of Appellate Procedures.

We therefore ORDER relator to file an amended petition that contains all contents required by Texas Rule of Appellate Procedure 52.3, and to serve the amended filing on both the respondent trial judge and the State. Relator's amended petition is due no later than 15 days after the date of this order.

The respondent and the real party in interest may file a response to the petition in this court no later than 15 days after relator's amended petition is filed. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on this 16th day of April, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court